STATE OF NEW JERSEY v. DANIEL JAY GOULD.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ADAMS, JR.
AND ROBERT LEE CLERK.

November 27, 1973. Petition for certification denied.

CARL E. GIANGERUSO v.
CROWN CORK AND SEAL COMPANY, INC.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG E. JACKSON.

November 27, 1973. Petition for certification denied.

ANGELO ALBANESE v. STATE OF NEW JERSEY.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT FRANCIS URBANO.

November 27, 1973. Petition for certification denied.